**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANDRES DOROTEO GARCIA,<br><br>Petitioner,<br><br>v.<br><br>FERETI SEMAIA, et al.,<br><br>Respondents. | Case No. CV 5:26-1525-MWC (RAO)<br><br>**ORDER REQUIRING RESPONSE TO PETITION** |

On March 30, 2026, Petitioner, represented by counsel, filed a Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 by a Person in Federal Custody ("Petition"). Dkt. No. 1, Petition. The Petition alleges that Petitioner is in the custody of the United States Department of Homeland Security, Immigration and Customs Enforcement ("ICE") in Adelanto, California, and that he was arrested and is being held in violation of the Constitution and laws of the United States. *Id.* at 5.

To facilitate the just, speedy, and inexpensive determination of this action, **IT IS HEREBY ORDERED** that:

1.    **To preserve the Court's jurisdiction, Respondents are enjoined from transferring, relocating, or removing Petitioner outside of the Central District of California pending final resolution of this case or further order of the**

**Court.**

2.	The Clerk of this Court shall promptly (a) serve electronic copies of the Petition and a copy of this Order on Respondents and the United States Attorney for the Central District of California, or his authorized agent, in accordance with Rule 4(i) of the Federal Rules of Civil Procedure; and (b) serve a copy of this Order on Petitioner's counsel of record.

3.	Within **five (5) days** after the date of this Order, Respondents shall file a Notice of Appearance that designates the attorney in charge of the case, together with the address where the attorney may be served and the attorney's telephone number and e-mail address.  This information is important to ensure accurate service of Court documents.

4.	If Petitioner intends to seek a Temporary Restraining Order ("TRO"), the TRO application shall be filed, in the form required by Local Rule 65-1, within **three (3) days** after the date of this Order.  If a TRO application is filed, further orders will issue setting a briefing and/or hearing schedule.

5.	**If no TRO application is filed**, Respondents shall, within **seven (7) days** after the date of this Order, file a response to the Petition and electronically lodge with the Court all relevant documents.  The response may be in the form of a Motion to Dismiss or an Answer, but in either case shall address the question of whether Petitioner is a danger to the community or a flight risk, and whether this case involves "a high probability of success on the merits of [the] habeas petition or special circumstances that would warrant [Petitioner's] release on bail" pending resolution of these habeas proceedings. *United States v. McCandless*, 841 F.3d 819, 822 (9th Cir. 2016).

6.	Petitioner shall file a Reply to Respondents' Response within **fourteen (14) days** after the date of service thereof.  At the time the Reply is filed, Petitioner shall lodge with the Court any records not lodged by Respondents that Petitioner believes may be relevant to the Court's determination of the Respondents' Response

to the Petition.

7.      Unless otherwise ordered by the Court, this case shall be deemed submitted on the day following the date of Petitioner's opposition to a Motion to Dismiss and/or Petitioner's Reply is due.

8.      To request an extension of time for any of the deadlines set forth in this Order, a party must file a motion demonstrating good cause for the extension. Such a motion should be filed before the deadline has expired. Any such motion should be accompanied by a declaration under penalty of perjury explaining why an extension of time is necessary and by a proposed order granting the requested extension.

9.      Petitioner shall immediately notify the Court and counsel for Respondents of any change of Petitioner's address.

**IT IS SO ORDERED.**

DATED: March 31, 2026

Rozella a. Oli

ROZELLA A. OLIVER
UNITED STATES MAGISTRATE JUDGE

3